UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Peter Damelio

    v.        Civil No. 08-cv-500-JL

NH State Prison, Warden, etal.

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Justo Arenas dated March 31, 2009, no objection having been filed; the Court has, however, reviewed plaintiff's Motion to Amend (Reconsider) and Magistrate Judge James R. Muirhead's Order thereon.

  SO ORDERED.

April 20, 2009        */s/ Joseph N. Laplante*
             Joseph N. Laplante
             United States District Judge

cc: Peter Damelio, pro se